**SO ORDERED.**

**SIGNED this 19th day of July, 2026.**



_Dale L. Somers_
Dale L. Somers
United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In re:** | |
| **Jeremy Wallace Lord,** | **Case No. 25-40397** |
| **Debtor.** | **Chapter 7** |
| **Ilene J. Lashinsky, United States Trustee,** | |
| **Plaintiff,** | |
| **v.** | **Adversary No. 26-07007** |
| **Jeremy Wallace Lord,** | |
| **Defendant.** | |

### <u>Judgment</u>

This adversary proceeding is before the Court on Plaintiff Ilene J. Lashinsky's

*Complaint to Deny Discharge* (the "Complaint")[1] filed on May 27, 2026 against

Debtor.[2]

---

[1] Doc. 1.

[2] The Court has jurisdiction over the parties and the subject matter pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and (b). This Court may hear and finally adjudicate this matter because it is a core

On July 2, 2026, the Clerk of Court issued its *Entry of Default*,[3] in accordance with Rule 55(a).[4] On July 2, 2026, the Court entered an order granting the Plaintiff's motion for default judgment,[5] denying Debtor a discharge.

Under Rule 58(a), judgment is granted for Plaintiff and against Debtor. Debtor is hereby denied a discharge under 11 U.S.C. § 727(a).

It is so ordered.

###

---

proceeding pursuant to 28 U.S.C. § 157(b)(2). There is no objection to venue or jurisdiction over the parties.

[3] Doc. 7.

[4] All references to "Rule" are to the Federal Rules of Civil Procedure. Rule 55 is made applicable by Fed. R. Bankr. P. 7055.

[5] Doc. 9.